<u>**ORAL ARGUMENT NOT YET SCHEDULED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| NATIONAL ASSOCIATION OF MANUFACTURERS, )<br><br>Petitioner, )<br><br>v. )<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, )<br><br>Respondents. ) | No. 13-1069 (consolidated with No. 13-1071) |

<u>**UNOPPOSED MOTION FOR EXTENSION OF BRIEFING SCHEDULE**</u>

Petitioners Utility Air Regulatory Group, PM NAAQS Coalition, and Chamber of Commerce of the United States of America (collectively "Moving Petitioners"), hereby move the Court for entry of an order extending the briefing schedule in the above consolidated cases by a period of 30-days. Counsel for Petitioner National Association of Manufacturers, Respondents United States Environmental Protection Agency, et al., Intervenor-Respondents American Lung Association, et al. have authorized undersigned counsel to state that they do not oppose this motion. In support of their motion, Moving Petitioners state as follows:

1. On June 4, 2013, this Court entered a briefing schedule in these consolidated cases that orders Petitioners to file their joint opening brief on July 18, 2013. This date conflicts with the vacation schedule of counsel for Moving Petitioners.

2. Moving Petitioners seek to extend the briefing schedule in these consolidated cases by an additional 30 days to avoid this scheduling conflict. Specifically, Moving Petitioners seek to amend the briefing schedule as follows:

| | |
|---|---|
| Joint Brief of Petitioners | August 19, 2013 |
| Brief of Respondents | October 18, 2013 |
| Joint Brief of Intervenors Supporting Respondents | November 4, 2013 |
| Joint Reply Brief of Petitioners | November 18, 2013 |
| Deferred Appendix | November 25, 2013 |
| Final Briefs | December 9, 2013 |

3. The other parties to these consolidated cases do not oppose this motion.

WHEREFORE, Moving Petitioners respectfully request that the Court grant their unopposed motion for an extension of the briefing schedule.

        Respectfully submitted,

        /s/ Allison D. Wood
        Andrea Bear Field
        William L. Wehrum
        Allison D. Wood
        Lucinda Minton Langworthy
        HUNTON & WILLIAMS LLP
        2200 Pennsylvania Avenue, N.W.
        Washington, D.C. 20037
        (202) 955-1500

*Counsel for the Utility Air Regulatory Group, PM NAAQS Coalition, and the Chamber of Commerce of the United States of America*

June 12, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of June 2013, the foregoing document was served electronically through the court's CM/ECF system on all registered counsel.

/s/ Allison D. Wood
Allison D. Wood